## Washington County *v.* Wieneke, Appellant.

Argued Oct. 13, 1911. Appeal, No. 115, Oct. T., 1911, by defendant, from order of C. P. Washington Co., Aug. Term, 1910, No. 154, dismissing appeal from tax settlement in case of Washington County v. August Wieneke. Before FELL, C. J., BROWN, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

OPINION BY MR. JUSTICE ELKIN, January 2, 1912:

For the reasons stated in the opinion filed to No. 114, October Term, 1911, Washington County v. Marquis, ante, p. 552, the decree entered by the court below in this case is affirmed at the cost of appellant.